**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LJ CONSULTING SERVICES, LLC, AS ADMINISTRATOR OF THE SHIRLEY T. SHERROD, M.D. P.C. TARGET PENSION PLAN AND TRUST, and SHIRLEY T. SHERROD, M.D., P.C. TARGET PENSION PLAN AND TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> SUNTRUST INVESTMENT SERVICES, INC., <br><br> Defendant. | Case No. 19 CV 6763 <br><br> Hon. Mary M. Rowland |

**PLAINTIFFS' AGREED MOTION TO EXTEND**

NOW COME the Plaintiffs, LJ CONSULTING SERVICES, LLC, as ADMINISTRATOR OF THE SHIRLEY T. SHERROD, M.D. P.C. TARGET PENSION PLAN AND TRUST, and SHIRLEY T. SHERROD, M.D., P.C. TARGET PENSION PLAN AND TRUST, and for their Agreed Motion To Extend the deadline for Plaintiffs To file their Response To Defendant's pending Motion To Dismiss and For Defendant to serve Plaintiffs with Defendant's verified responses to Plaintiff's' discovery responses, state as follows:

1. The undersigned requests that the deadline for Plaintiffs To file their Response To Defendant's pending Motion To Dismiss be extended from December 26 to December 27, 2019 as a result of the holidays, which had left the undersigned's office understaffed, and an illness contracted by the undersigned that caused the undersigned to consult with a physician on December 26, 2019 in order to obtain relief from his illness.

2. Defendant had requested the undersigned, to which there is no objection, to extend the deadline for Defendant to produce its verified discovery responses from December 30, 2019 through

1

January 3, 2020 because of timing issues in connection with the holidays that have caused a delay.

3. Defendant's counsel, Mr. Punit K. Marwaha, is in agreement with this Motion.

WHEREFORE, Plaintiffs, LJ CONSULTING SERVICES, LLC, as ADMINISTRATOR OF THE SHIRLEY T. SHERROD, M.D. P.C. TARGET PENSION PLAN AND TRUST, and SHIRLEY T. SHERROD, M.D., P.C. TARGET PENSION PLAN AND TRUST, respectfully pray that this Honorable Court extend the deadline for Plaintiffs To file their Response To Defendant's pending Motion To Dismiss from December 26 to December 27, 2019 and for Defendant to file its Reply by January 10, 2010, and for this Honorable Court to extend the deadline for Defendant to produce its verified discovery responses from December 30, 2019 through January 3, 2020

.

        Respectfully Submitted,

        LJ CONSULTING SERVICES, LLC, as ADMINISTRATOR OF THE SHIRLEY T. SHERROD, M.D. P.C. TARGET PENSION PLAN, and SHIRLEY T. SHERROD, M.D., P.C. TARGET PENSION PLAN

        By: /s/ Joseph P. Berglund
            Attorney For Defendants

Attorney For Plaintiffs
Joseph P. Berglund
LAW OFFICES OF JOSEPH P. BERGLUND
1010 Jorie Blvd., Suite 370
Oak Brook, IL 60523
(630) 990-0234
berglundmastny@aol.com